PAUL J. FISHMAN
United States Attorney
BY: ROBERT FRAZER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 297-2897

|  | | UNITED STATES DISTRICT COURT |
|---|---|---|
|  | | DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA | : | Honorable William H. Walls, U.S.D.J. |
| Plaintiff, | : | Criminal No. 03-499 |
| v. | : | FINAL ORDER OF FORFEITURE |
| CHARLES MEJIA | : | |
| Defendant. | : | |

1.      On July 2, 2003, the United States filed an Information, Criminal No. 03-499 (WHW), against Charles Mejia a/k/a Carlos Augusto Roa Mejia (hereinafter "defendant"), charging him with Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h), for which the Government alleged forfeiture pursuant to 18 U.S.C. § 982(a)(1).

2.      On July 2, 2003, the Defendant, Charles Mejia a/k/a Carlos Augusto Roa Mejia (hereinafter "defendant") pled guilty to the one-count Information for violation of 18 U.S.C. § 1956(h).

3.      Pursuant to 18 U.S.C. § 982(a)(1), the defendant shall forfeit to the United States $1,099,923.00 in United States currency (hereinafter "property"), representing  property involved in or traceable to a violation of 18 U.S.C. § 1956(h).

4.      By virtue of the above, the Court has determined that $1,099,923.00 in United States currency is subject to forfeiture to the United States pursuant to the provisions of 18

U.S.C. § 982(a)(1) for violation of 18 U.S.C. § 1956(h), because it represents property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(h), or represents property traceable to such property, and that the government has established the requisite nexus between such property and such offenses.

5.     The United States has not, as of this date, identified specific assets that were involved in the offense that the Defendant, Charles Mejia, has been convicted.  Nor has the United States yet identified any property of the Defendant, Charles Mejia, that could be forfeited as a substitute asset in accordance with 21 U.S.C. § 853(p).

6.     Therefore, a money judgment in the amount of  $1,099,923.00 shall be entered against the Defendant, Charles Mejia, as property involved in or traceable to a violation of 18 U.S.C. § 1956(h).

7.     Pursuant to Rule 32.2(c)(1) "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

8.     Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Final Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

9.     The defendant shall also forfeit to the United States, any other property constituting or derived from proceeds involved in or traceable to a violation 18 U.S.C. § 1956(h).

10.     Pursuant to 18 U.S.C. § 982 as incorporated by 21 U.S.C. § 853(p) the Court shall order forfeiture of any other property of the Defendant's up to the value of $1,099,923.00, if by any act or omission of the defendant, any of the described property subject to forfeiture -

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been comingled with other property which cannot be divided without

difficulty; and

11.     The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

Order of Forfeiture to substitute property having a value not to exceed $1,099,923.00 in United

States currency to satisfy the money judgment in whole or in part; and

12.     The United States District Court shall retain jurisdiction in the case for the

purpose of enforcing this Order.

13.     The Defendant, Charles Mejia, shall hold the United States and its agents and

employees harmless from, any and all claims whatsoever in connection with the seizure,

forfeiture, and disposal of the property described above.

14.     Defendant waives all constitutional and statutory challenges of any kind to any

forfeiture carried out pursuant to this Final Order of Forfeiture.

**ORDERED**  this  *31*  day of *March* 2010

Honorable William H. Walls, U.S.D.J.
United States District Court