# Marc A. Calello, Esq., P.C.
Attorney at Law
675 Franklin Avenue
Nutley, NJ 07110
Tel 973 235.1400
Fax. 973.235.1228

Member of the New Jersey and
District of Columbia Bars

**Internet: marc@calellolaw.com**

VIA NEW JERSEY LAWYER'S SERVICE

March 29, 2010

Honorable William H. Walls
United States District Court Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **United States of America v. Carlos Augusto Roa Mejia**

Dear Judge Walls:

    I am writing Your Honor to request that my client, Mr. Carlos Mejia be permitted to extend his reporting date for 60 days in light of the fact that his wife who resides in Colombia has passed away and their son, Juan David is now without guardianship or care. Juan David is 14 years old and lived alone with his mother. With his mother gone, there is no one to care for him. The reason for this request is that Mr. Mejia would like to be able to find a place for his son to live as well as a way to support him until Mr. Mejia is released from custody by the United States Bureau of Prisons. Mr. Mejia's present report date is June 14, 2010.

    In support of Mr. Mejia's application, I have enclosed Mr. Mejia's wife's death certificate and Juan David's birth certificate listing the names of Mr. Mejia and his wife as the parents of Juan David.

    Awaiting your reply, I remain,

Respectfully yours,

Marc A. Calello

*[Handwritten notes: Aug 14 not Sat/Sun ↓ Aug 16]*

MAC/mp
cc: Assistant United States Attorney Robert Fraser
client
Enclosures

*[Signed: USSDJ, William H. Walls]*